**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x

JESSICA KARIM, on behalf of herself and all
Others similarly situated,                                            Civil Action No. 1:24-cv-1054

          Plaintiffs,

     -against-

SAKARA LIFE, INC.,                                                     **NOTICE OF VOLUNTARY**
                                        **DISMISSAL**

          Defendant.

_____x

     Plaintiff Jessica Karim, by and through undersigned counsel and pursuant to Rule

41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with

prejudice.

     Dated: March 20, 2024

   By: _____

     Gabriel A. Levy, Esq .
       _Attorney for Plaintiff_
     Gabriel A. Levy, P.C.
     1129 Northern Blvd, Ste 404
     Manhasset, NY 11030
     T: 347-941-4715
     Glevy@glpcfirm.com